IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

       vs.                         *   CRIMINAL NO. MJG-97-0441

CARL LEE BROWN                    *

*     *     *     *     *     *     *     *     *

## MEMORANDUM AND ORDER

The Court has received a letter dated October 17, 2011 in which Defendant Brown raises the question of whether he would be entitled to relief under the Fair Sentencing Act. Attachment A hereto. The Court will treat the letter as an informal Motion For Reduction of Sentence.

It does not appear that Defendant Brown could obtain relief under the Fair Sentencing Act because his Guideline Offense Level was not determined by reference to an amount of cocaine base.

Accordingly:

1. The informal Motion for Reduction of Sentence is DENIED.

2. Defendant Brown may file a motion seeking reconsideration of this Order, including therein, reference to facts or legal authority that would justify a sentence reduction, by April 30, 2012.

SO ORDERED, on Tuesday, January 31, 2012.

/s/
Marvin J. Garbis
United States District Judge